UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:21-cv-61684-JEM

HOWARD COHAN,

    Plaintiff,

vs.

SEVEN RESTAURANTS, LLC,
a Foreign Limited Liability Company,
d/b/a BURGER KING 6000

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN, by and through his undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Plaintiff expects to file a notice of voluntary dismissal with prejudice within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED September 20, 2021.

| By: **/s/ Gregory S. Sconzo** | **By: /s/ Michael A. Holt** |
|---|---|
| Gregory S. Sconzo, Esq. | Michael A. Holt, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No. 91156 |
| Samantha L. Simpson, Esq. | mholt@fisherphillips.com |
| Florida Bar No.: 1010423 | Ten E. Stallings, Esq. |
| Sconzo Law Office, P.A. | Florida Bar No. 1025710 |
| 3825 PGA Boulevard, Suite 207 | tstallings@fisherphillips.com |
| Palm Beach Gardens, FL 33410 | Fisher & Phillips LLP |
| Telephone: (561) 729-0940 | 450 East Las Olas Boulevard |
| Facsimile: (561) 491-9459 | Suite 800 |
| Email: greg@sconzolawoffice.com | Fort Lauderdale, Florida 33301 |
| Email: samantha@sconzolawoffice.com | Telephone (954) 525-4800 |
| Email: alexa@sconzolawoffice.com | Facsimile (954) 525-8739 |
| Attorney for Plaintiff | *Attorneys for Defendant* |

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 20, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                      /s/ Gregory S. Sconzo
                                                      **Gregory S. Sconzo, Esq.**