UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 21-cv-61684-MARTINEZ

HOWARD COHAN,

    Plaintiff,

v.

SEVEN RESTAURANTS, LLC,
A Foreign Limited Liability Company,
d/b/a BURGER KING 6000,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice (the "Joint Stipulation"), (ECF No. 17). Having reviewed the record and being otherwise fully advised as to the premises, it is:

ORDERED and ADJUDGED that:

1. This action is DISMISSED with prejudice. All parties shall bear their own attorney's fees and costs.

2. The Court shall retain jurisdiction only to enforce the terms of the Parties' Settlement Agreement referenced in the Joint Stipulation, (ECF No. 17), because the Parties conditioned the Joint Stipulation upon the Court retaining jurisdiction over that matter. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278–79 (11th Cir. 2012).

3. All pending motions in this case are DENIED AS MOOT, and this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th day of October, 2021.

                                                _____
                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record